

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ YVETTE MONTANEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
February 11, 2016

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED

FEB 01 2016 AS
2-1-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FELIPE OROPESA | Criminal Action No.<br><br>1:15-CR-00713 |

## Consent to Transfer of Case for Plea and Sentence

(Under Rule 20)

I, FELIPE OROPESA, defendant, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the United States District Court for the Northern District of Georgia, in which I reside, and to waive trial in the above captioned District.

Dated: 1/11, 20 16

_____
FELIPE OROPESA

_____
(Witness)

_____
Paul Kish
Counsel for Defendant

Approved

| | |
|---|---|
| _____<br>Steven Block<br>Assistant United States Attorney<br>for the Northern District of Illinois | _____<br>Jamie L. Mickelson<br>Assistant United States Attorney<br>for the Northern District of Georgia |

**U.S. Department of Justice**         **Rule 20 – Transfer Notice**

| To: Steven Block<br>Assistant United States Attorney | District: Northern District of Illinois | Date: January 13, 2016 |
|---|---|---|
| Name of Subject:<br>FELIPE OROPESA | Statute Violated<br>18 U.S.C. 1346 and 1343 | File Data (*Initials and Number*) |

### Part A - District of Arrest

The above-named subject resides in this jurisdiction and indicates amenability to Rule 20 disposition of the charged pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.

Docket no. _____

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.

Date of Plea:      Date of Sentence:      Sentence:

| From (Signature and Title)<br>Jamie L. Mickelson<br>Assistant United States Attorney | Address 75 Ted Turner Drive, SW<br>Suite 600<br>Atlanta, GA 30303 |
|---|---|

### Part B - District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule disposition. Defendant's appearance is desired at
(*Kindly notify me of any anticipated delay*).

☐ Enclosed are two certified copies of indictment or information. Docket no. 1:15-CR-00713
Please have defendant execute waiver of indictment.

☐ Other (*Specify*)

| Signature (Name and Title)<br>Steven Block<br>Assistant United States Attorney | District<br>Northern District of Illinois | Date: January 13, 2016 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules for Criminal Procedure.